IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV346

| | |
|---|---|
| SCITECK CLINICAL LABORATORIES, INC., a Delaware corporation, ) ) ) Plaintiff, ) ) Vs. ) ) UNITED STATES DEPARTMENT OF ) HEALTH AND HUMAN SERVICES, ) An Agency of the United States ) Government, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** came on for hearing before the undersigned on November 29, 2005, in regards to Plaintiff's motion for a preliminary injunction. The undersigned announced in open court that the parties would have until 5:00 pm on November 29, 2005, to file additional affidavits in support of their respective positions. Defendant filed three additional affidavits in accordance with the Court's granting of such permission, and Plaintiff has requested an opportunity to respond to same.

Upon review of Defendant's submissions, the Court will grant Plaintiff's request.

**IT IS, THEREFORE, ORDERED** that the Plaintiff has to and including 5:00 p.m. today, November 30, 2005, to file response to Defendant's affidavits.

**Signed: November 30, 2005**

Lacy H. Thornburg
United States District Judge